UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MORALES,<br><br>             Petitioner,<br><br>      v.<br><br>VENTURA COUNTY SUPERIOR COURT,<br><br>             Respondent. | Case No. 2:24-cv-02018-FLA (KES)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 20). Further, the court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections (Dkt. 21) have been made. The court accepts the report, findings, and recommendations of the Magistrate Judge.

/ /

/ / /

/ / /

1 | IT IS THEREFORE ORDERED that Judgment be entered denying the Petition with prejudice.

Dated: September 4, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge