JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MORALES,<br><br>    Petitioner,<br><br>    v.<br><br>VENTURA COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No. 2:24-cv-02018-FLA (KES)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: September 4, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge